UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A Notice of Related Cases has been filed stating that the following cases are related within the meaning of Crim. L.R. 8-1(b):

**CR 01-0251 MJJ   United States v. Steven Adams**
**CR 09-0783 MMC   United States v. Steven Adams**

**ORDER**

On the basis of the material submitted to the Court, I find that the cases:

[  ]   ARE NOT RELATED as defined by Crim. L.R. 8-1(b).

[  ]   ARE RELATED as defined by Crim. L.R. 8-1(b).  I find, however, that reassignment to me of the action(s) currently assigned to another judge is not warranted.

[ X ]   ARE RELATED as defined by Crim. L.R. 8-1(b).  The Clerk of Court is ordered to reassign the earlier-filed action to the undersigned.  Counsel are instructed that all future filings are to bear the initials **MMC** immediately after the case number.  All matters presently scheduled for hearing in the reassigned case(s) before a district court judge are vacated and must be renoticed for hearing before the undersigned.

DATED:  September 10, 2009

_____
UNITED STATES DISTRICT JUDGE