1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant STEVEN ADAMS

6
                    UNITED STATES DISTRICT COURT
7
                    NORTHERN DISTRICT OF CALIFORNIA
8
                       SAN FRANCISCO DIVISION
9

10
   UNITED STATES OF AMERICA,        )   CR Nos. 09-0783 MMC and 01-0251 MMC
11                                  )
          Plaintiff,                )   STIPULATION AND [PROPOSED] ORDER
12                                  )   EXCLUDING TIME UNDER 18 U.S.C. § 3161
       v.                           )
13                                  )
   STEVEN ADAMS                     )
14                                  )
          Defendant.                )
15 _____ )

16

17     The parties are scheduled to appear before this Court on September 30, 2009 for status. At

18 the last appearance, defense counsel indicated that she was in the process of expediting the

19 defense's request for BOP psychiatric and medical records. At this point, it appears that the

20 defense will have such materials (a few thousand pages) within one week. In order to give

21 counsel time to review the records and meet with her client, the defense requests that the matter

22 be continued to October 28, 2009 at 2:30 p.m. Based on the aforementioned information, the

23 government has no objection to the request.

24     The parties also agree that the time between September 30, 2009 and October 28, 2009

25 should be excluded under the Speedy Trial Act. The continuance represents the reasonable time

26 necessary for effective preparation of counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and

27 the ends of justice served by granting such a continuance outweigh the best interests of the

28 public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

1  SO STIPULATED:

2                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney
3

4
   DATED: September 29, 2009                       /s/
5                                          BRIAN LEWIS
                                           Assistant United States Attorney
6

7
   DATED: September 29, 2009                       /s/
8                                          SHAWN HALBERT
                                           Assistant Federal Public Defender
9

10      For the reasons stated above, the Court finds that the continuance of time for the next

11 hearing before this court from September 30, 2009 to October 28, 2009 is warranted because the

12 failure to grant the requested continuance would deny the defendant effective preparation of

13 counsel; thus, the ends of justice served by the continuance outweigh the best interests of the

14 public and the defendant in a speedy trial.  18 U.S.C. § 3161 (h)(7)(A), (h)(7)(B)(iv).

15

16 SO ORDERED.

17

18

19 DATED: September 29, 2009            _____
                                        THE HONORABLE MAXINE M. CHESNEY
20                                      United States District Judge

STIP. & [PROPOSED] ORDER EXCL. TIME
CR Nos. 09-0783 MMC and 01-0251 MMC                                                              2