BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant Steven Adams

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 09-0783 MMC |
| | ) | CR No. 01-00251 MMC |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER |
| v. | ) | |
| | ) | |
| STEVEN ADAMS | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

  THIS MATTER having come before the Court on defense counsel's Unopposed Motion to Determine Mental Competency pursuant to Section 4241 and 4247 of Title 18 and Federal Rule of Criminal Procedure 12.2(c)(1), and the Court being fully advised on the basis for that motion;

  IT IS THEREFORE ORDERED that, at the earliest practicable time, the defendant shall be referred to the Bureau of Prisons for a psychiatric or psychological examination and report, where the appropriate person shall evaluate Mr. Adams and file a report with the Court responding to the following questions:

  1.  Does Mr. Adams understand the nature and consequences of the proceedings against him?

  2.  Does Mr. Adams now have a sufficient present ability to assist with his defense?

  Further proceedings in this case are postponed until the report is received and a competency

hearing is convened.  Pursuant to 18 U.S.C. § 3161(h)(1)(A), the period of time from when the defendant made his Unopposed Motion to Determine Mental Competency of Defendant to the entry of an order finding Mr. Adams competent is EXCLUDED for purposes of calculating the defendant's speedy trial rights.

IT IS FURTHER ORDERED that, pursuant to Rule 12.2(c)(4) of the Federal Rules of Criminal Procedure, neither any statement made by the defendant in the course of this examination, nor testimony by the expert based upon such statement, and no other fruits of the statement shall be admitted in evidence against the defendant in any criminal or civil proceeding except on an issue regarding mental condition on which the defendant has introduced evidence of incompetency or evidence requiring notice under Rule 12.2(a) or (b)(1).  As such, the evaluation prepared by the Bureau of Prisons shall be maintained under seal; the report and all statements made by Mr. Adams in the course of the evaluation shall not be used by the Bureau of Prisons for any other purpose in the future.  A finding by the court that the defendant is mentally competent to stand trial shall not prejudice the defendant in raising the issue of his insanity as a defense to the offense charged and shall not be admissible as evidence in a trial for the offense charged.  18 U.S.C. § 4241(f).

The Court also wishes to alert the Bureau of Prisons that defense counsel has informed the Court that Mr. Adams is currently receiving treatment for various medical issues, which should continue as appropriate when he is transferred to the Bureau of Prisons.

SO ORDERED.

DATED: March 18, 2010

THE HONORABLE MAXINE M. CHESNEY
United States District Judge