1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant STEVEN ADAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CR Nos. 09-0783 MMC and 01-0251 MMC |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS DATE FROM JUNE 2, 2010 TO JUNE 16, 2010 AND EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | ) | |
| STEVEN ADAMS | ) | |
| Defendant. | ) | |

The parties are scheduled to appear before this Court on June 2, 2010 as a status date after the preparation of a competency report, which was due on May 19, 2010.  The parties understand that the report will be completed on approximately May 28, 2010.  Undersigned defense counsel will be out of the office for professional reasons June 2 - 4, 2010.  In order to give defense counsel sufficient time to review the competency report and meet with Mr. Adams at Santa Rita Jail prior to the next court appearance, the defense respectfully requests that the matter be continued to June 16, 2010.  The government has no objection to this request.

The parties also agree that pursuant to 18 U.S.C. § 3161(h)(1)(A), the time between June 2, 2010 and June 16, 2010 should be excluded under the Speedy Trial Act, as it is encompassed within the period of time prior to the Court's entry of an order regarding Mr. Adams'

/ / /

competency.

SO STIPULATED:

                                JOSEPH P. RUSSONIELLO
                                United States Attorney

DATED:       May 20, 2010                      /s/
                                BRIAN LEWIS
                                Assistant United States Attorney

DATED:       May 20, 2010                      /s/
                                SHAWN HALBERT
                                Assistant Federal Public Defender

## ORDER

For the reasons stated above, the Court hereby continues the next hearing before this court from June 2, 2010 to June 16, 2010. It is further ordered that pursuant to 18 U.S.C. § 3161(h)(1)(A), the time between June 2, 2010 and June 16, 2010 should be excluded under the Speedy Trial Act, as it is encompassed within the period of time prior to the Court's entry of an order regarding Mr. Adams' competency.

SO ORDERED.

DATED:  May 21, 2010
                                THE HONORABLE MAXINE M. CHESNEY
                                United States District Judge