BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant STEVEN ADAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR Nos. 09-0783 MMC and 01-0251 MMC |
| Plaintiff, ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE FROM |
| v. ) | DECEMBER 15, 2010 TO JANUARY 26, 2011 |
| STEVEN ADAMS ) ) | |
| Defendant. ) ) | |

   The parties are scheduled to appear before this Court on December 15, 2010 at 2:30 p.m. for sentencing. Based on the timing of Mr. Adams' probation interview and defense counsel's unavailability during parts of December, 2010 (both for trial and time out of the office) that will affect her ability to travel to the jail to review the draft probation report with Mr. Adams and to prepare any objections to the draft report, the defense requests that the sentencing date be continued to January 26, 2011. U.S. Probation agrees that this continuance is appropriate and

///
///
///
///
///

1 necessary and the government does not object.

2 SO STIPULATED:

3          MELINDA HAAG
           United States Attorney

DATED: November 29, 2010          /s/
           BRIAN LEWIS
           Assistant United States Attorney

DATED: November 29, 2010          /s/
           SHAWN HALBERT
           Assistant Federal Public Defender

## ORDER

For the reasons stated above, the Court hereby continues the sentencing hearing in Mr. Adams' case from December 15, 2010 to January 26, 2011.

SO ORDERED.

DATED: December 1, 2010          _____
           THE HONORABLE MAXINE M. CHESNEY
           United States District Judge