1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant STEVEN ADAMS

6
7
8                     UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                        SAN FRANCISCO DIVISION
11

12 | UNITED STATES OF AMERICA, | ) | CR Nos. 09-0783 MMC and 01-0251 MMC |
13 | Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE FROM |
14 | v. | ) | JANUARY 26, 2011 TO FEBRUARY 9, 2011 |
15 | STEVEN ADAMS, | ) | |
16 | Defendant. | ) | |

17

18  The parties are scheduled to appear before this Court on January 26, 2011 at 2:30 p.m. for
19  sentencing.  Based on the timing of the issuance of the probation report in this matter and
20  counsel's need to review the report with Mr. Adams and provide any objections to U.S.
21  Probation by the due date of January 25, 2011, the defense requests that the sentencing be
22  continued to February 9, 2011 in order to give U.S. Probation sufficient time to review any
23  objections and to issue a final report prior to the due date for the parties' sentencing memoranda.
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

STIP. & [PROPOSED] ORDER CONT. SENT.
CR Nos. 09-0783 MMC and 01-0251 MMC                                                             1

1 | U.S. Probation and the government agree that this continuance is appropriate and necessary.

3 | SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: January 24, 2011                            /s/
BRIAN LEWIS
Assistant United States Attorney

DATED: January 24, 2011                            /s/
SHAWN HALBERT
Assistant Federal Public Defender

### ORDER

For the reasons stated above, the Court hereby continues the sentencing hearing in Mr. Adams' cases from January 26, 2011 to February 9, 2011.

SO ORDERED.

DATED: January 24, 2011

THE HONORABLE MAXINE M. CHESNEY
United States District Judge

STIP. & [PROPOSED] ORDER CONT. SENT.
CR Nos. 09-0783 MMC and 01-0251 MMC                                                                 2