BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant STEVEN ADAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR Nos. 09-0783 MMC and 01-0251 MMC |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE FROM |
| v. ) | FEBRUARY 9, 2011 TO FEBRUARY 16, 2011 |
| STEVEN ADAMS, ) | |
| Defendant. ) | |

The parties are scheduled to appear before this Court on February 9, 2011 at 2:30 p.m. for sentencing. Based on U.S. Probation's receipt of additional material that has delayed issuance of the report, which should be issued shortly, the parties request that the sentencing be continued to February 16, 2011. In light of government's counsel's scheduled hearing in another matter,

///
///
///
///
///
///
///

STIP. & [PROPOSED] ORDER CONT. SENT.
CR Nos. 09-0783 MMC and 01-0251 MMC      1

the parties request a special setting of February 16, 2011 at 10:00 a.m. for sentencing.

SO STIPULATED:

    MELINDA HAAG
    United States Attorney

DATED: February 8, 2011       /s/
    BRIAN LEWIS
    Assistant United States Attorney

DATED: February 8, 2011       /s/
    SHAWN HALBERT
    Assistant Federal Public Defender

## ORDER

For the reasons stated above, the Court hereby continues the sentencing hearing in Mr. Adams' cases from February 9, 2011 to February 16, 2011.

SO ORDERED.

DATED: February 8, 2011       /s/ Maxine M. Chesney
    THE HONORABLE MAXINE M. CHESNEY
    United States District Judge