IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR Nos. 09-0783 MMC and 01-0251 MMC |
| Plaintiff, | ) | SEALING ORDER |
| v. | ) | ~~FILED UNDER SEAL~~ |
| STEVEN ADAMS, | ) | |
| Defendant. | ) | |

By the motion of the defense and for good cause, IT IS HEREBY ORDERED that EXHIBIT A TO DEFENDANT'S SENTENCING MEMORANDUM, ~~DEFENDANT'S MOTION TO SEAL, and this SEALING ORDER~~ shall be sealed until further order of the Court. Defendant shall file his Motion to Seal in the public record by February 18, 2011.

Dated: February 15, 2011

HONORABLE MAXINE M. CHESNEY
United States District Court Judge

Defendant's Motion to Seal; Sealing Order;
CR Nos. 09-0783 and 01-0251 MMC