IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>STEVEN ADAMS,<br><br>　　　　　　Defendant. | No. CR 09-00783 MMC<br>　　CR 01-00251 MMC<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE EXHIBIT B UNDER SEAL** |

Good Cause Appearing, upon application of Defendant, by and through counsel, and no objection having been made, IT IS HEREBY ORDERED that Exhibit B (Presentence Report), to the Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S. C. §2255, shall be filed under seal.

　May 25, 2016　　　　　　　　　　　　　/s/ Maxine M. Chesney
　DATED　　　　　　　　　　　　　　　THE HONORABLE MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　United States District Judge

CR 09-00783 MMC
CR 01-00251 MMC
[PROPOSED] ORDER GRANTING ADM. MOT. TO FILE EXHIBIT B UNDER SEAL