UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STEVEN ADAMS,<br>Defendant. | Case No. 09-cr-00783-MMC<br>01-cr-00251-MMC<br><br>**ORDER TO SHOW CAUSE RE:** ***JOHNSON*** **CLAIM RAISED IN SECTION 2255 MOTION** |

Before the court is defendant Steven Adams's motion, filed May 20, 2016, for an order under 28 U.S.C. § 2255 to vacate, set aside or correct his sentence on the ground that his sentence has been rendered invalid by the Supreme Court's holding in *Johnson v. United States*, 135 S. Ct. 2551 (2015).  The claim appears colorable under 28 U.S.C. § 2255 and merits an answer from the government.

Unless the parties submit a stipulation and order for a shorter briefing schedule, the following deadlines will apply: (1) within 75 days after the motion was filed, the government shall file an opposition conforming in all respects to Rule 5 of the Rules Governing Section 2255 Proceedings, showing cause why the court should not vacate, set aside or correct the sentence being served; (2) within 45 days after the opposition is filed, defendant shall file any reply.  Thereafter, the matter will be deemed submitted on the papers, unless the court orders otherwise.

**IT IS SO ORDERED.**

Dated:  June 2, 2016

_____
MAXINE M. CHESNEY
United States District Judge